IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE

| | | |
|---|---|---|
| TABET AREE VAUGHN,<br><br>Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:25-CV-00197-MJH |

ORDER

Following de novo review and for the reasons stated in this Court's Opinion (ECF No. 21), Judge Dodge's Report and Recommendation is adopted, Plaintiff's Motion for Summary Judgment is denied, and the Commissioner's decision is affirmed. The clerk shall mark this case closed.

DATED this 21st day of September, 2026.

BY THE COURT:

Marilyn J. Horan

MARILYN J. HORAN
United States District Judge